IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY KENNETH LEE, # 184070, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:09-cv-707-ID |
| ) | [WO] |
| ) | |
| G.K. FOUNTAIN DISCIPLINARY ) | |
| COURT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #3) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Recommendation is hereby adopted. Accordingly, it is

ORDERED that the complaint under 42 U.S.C. § 1983, be and the same is hereby DISMISSED without prejudice, pursuant to 28 U.S.C. § 1915(g), because Petitioner failed to pay the filing fee upon initiating this action and is not entitled to proceed *in forma pauperis*. A separate judgment shall issue.

Done this 1st day of September, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE